**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-14228-MIDDLEBROOKS

EMMANUELPETER FOREST,

    Petitioner,

v.

MIAMI ICE FIELD DIRECTOR, et al.,

    Respondents.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Petitioner's Notice of Voluntary Dismissal, filed on July 8, 2026. (DE 5). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the petitioner may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Respondents have served neither.  Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

    **SIGNED** in Chambers, at West Palm Beach, Florida, this 9th day of July, 2026.

Donald M. Middlebrooks
United States District Judge